■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN WILDER, Appellant.—Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered December 3, 1984, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

Judgment affirmed (see, People v Motley, 119 AD2d 57). Mahoney, P. J., Main, Casey and Yesawich, Jr., JJ., concur.

Weiss, J., dissents and votes to reverse in a memorandum. Weiss, J. (dissenting). For the reasons stated in my dissenting opinion in People v Motley (119 AD2d 57), the judgment should be reversed and the indictment dismissed.